FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 10, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMOS ROGERS LITTLE, III, ESQ., AS PERSONAL REPRESENTATIVE OF THE ESTATE OF J. K., a Deceased Minor Child, ERICA KELLEY, and JOSHUA KELLEY,<br><br>Plaintiffs,<br><br>v.<br><br>GRANT COUNTY HOSPITAL DISTRICT #1 d/b/a SAMARITAN HEALTH CARE, BRIAN ROBERTSON, M.D., KATHERINE MOLTHAN, R.N., SALLY SCHWAB, R.N., MICHAEL LEEDOM, R.N., JODEE SHEETS, R.N., and NATALIYA MIKHAYLIK, R.N.,<br><br>Defendants. | NO. 2:18-cv-00292-SAB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIM ARISING UNDER 42 U.S.C § 1395dd (EMTALA)** |

Before the Court is the parties' Stipulation for Dismissal With Prejudice of All Claims Arising Under 42 U.S.C. § 1395dd (EMTALA), ECF No. 61. The parties stipulate and ask the Court to dismiss the claim arising under the Emergency Medical Treatment and Active Labor Act (EMTALA), 42 U.S.C. §

**ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIM ARISING UNDER 42 U.S.C § 1395dd (EMTALA)** ~ 1

1395dd, only, in the above-captioned action against Defendant Grant County Hospital #1 d/b/a Samaritan Health Care with prejudice and without fees or costs to any party.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation for Dismissal With Prejudice of All Claims Arising Under 42 U.S.C. § 1395dd (EMTALA), ECF No. 61, is **GRANTED**.

2. The claim arising under the Emergency Medical Treatment and Active Labor Act (EMTALA), 42 U.S.C. § 1395dd in the above-captioned action against Defendant Grant County Hospital #1 d/b/a Samaritan Health Care is **DISMISSED** with prejudice and without fees or costs to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 10th day of February 2020.



_____
Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIM ARISING UNDER 42 U.S.C § 1395dd (EMTALA) ~ 2**