FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 17, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMOS ROGERS LITTLE, III, ESQ., AS PERSONAL REPRESENTATIVE OF THE ESTATE OF J. K., a Deceased Minor Child, ERICA KELLEY, and JOSHUA KELLEY, | NO.  2:18-CV-00292-SAB |
| Plaintiffs, | |
| v. | **ORDER DISMISSING PLAINTIFFS ERICA KELLEY AND JOSHUA KELLEY** |
| GRANT COUNTY HOSPITAL DISTRICT #1 d/b/a SAMARITAN HEALTH CARE, BRIAN ROBERTSON, M.D., KATHERINE MOLTHAN, R.N., SALLY SCHWAB, R.N., MICHAEL LEEDOM, R.N., JODEE SHEETS, R.N., and NATALIYA MIKHAYLIK, R.N., | |
| Defendants. | |

Before the Court is the parties' Stipulation for Dismissal With Prejudice of Plaintiffs Erica Kelley and Joshua Kelley. ECF No. 88.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal of Plaintiffs Erica Kelley and Joshua Kelley as parties is the above-

**ORDER DISMISSING PLAINTIFFS ERICA KELLEY AND JOSHUA KELLEY D~ 1**

captioned action against Defendant Grant County Hospital District #1 d/b/a/ Samaritan Health Care with prejudice and without fees or costs to any party. All other claims asserted on behalf of the Estate of J.K. remain.

Accordingly, **IT IS HEREBY ORDERED**:

1.      The parties' Stipulation for Dismissal With Prejudice of Plaintiffs Erica Kelley and Joshua Kelley, ECF No. 88, is **GRANTED**.

2.      The claims asserted by Plaintiffs Erica Kelley and Joshua Kelley against Defendant Grant County Hospital District #1 d/b/a/ Samaritan Health Care are **DISMISSED** with prejudice and without fees or costs to any party.

3.      Plaintiffs Erica Kelley and Joshua Kelley are **DISMISSED** as Plaintiffs in the above-captioned case.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 17th day of June 2020.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING PLAINTIFFS ERICA KELLEY AND JOSHUA KELLEY D~ 2**