FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 18, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMOS ROGERS LITTLE, III, ESQ., AS PERSONAL REPRESENTATIVE OF THE ESTATE OF J.K., a Deceased Minor Child,<br><br>    Plaintiff,<br><br>    v.<br><br>GRANT COUNTY HOSPITAL DISTRICT #1 d/b/a SAMARITAN HEALTH CARE,<br><br>    Defendant. | NO. 2:18-CV-00292-SAB<br><br>**ORDER DISMISSING ACTION; CLOSING FILE** |

    Before the Court is the parties' Stipulation of Dismissal With Prejudice and Without Costs as to All Defendants, ECF No. 119. The parties previously indicated to the Court that they had settled this matter. ECF No. 118. They now ask the Court to dismiss the claims asserted in Plaintiff's Complaint against the remaining Defendants.

//
//
//
//
//

**ORDER DISMISSING ACTION; CLOSING FILE** ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Pursuant to the parties' Stipulation, ECF No. 119, all claims asserted in Plaintiff's Complaint against the remaining Defendants are **DISMISSED** with prejudice and without costs to any party.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 18th day of August 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION; CLOSING FILE** ~ 2